IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIEGO SOLIS SANTOS, | : |
| Petitioner | : |
| v. | : Case No. 3:25-cv-00522-KAP |
| LEONARD ODDO *et al.*, | : |
| Respondents | : |

### Rule and Order

    Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. He is not proceeding *in forma pauperis*.

    Service is to be made by counsel or, upon motion, by the Marshal. Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: December 31, 2025

                                                     Keith A. Pesto,
                                                     United States Magistrate Judge

Notice by ECF to counsel of record