# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIEGO SOLIS SANTOS, | ) | |
| Petitioner, | ) | CASE NO: 3:25-cv-522 |
| | ) | (Pesto, M.J.) |
| v. | ) | (Haines, J.) |
| | ) | |
| LEONARD ODDO, et al., | ) | ELECTRONICALLY FILED |
| Respondents. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Petitioner, by and through undersigned counsel, respectfully notifies the Court that he wishes to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without prejudice is appropriate pursuant to that rule because Respondents have not yet served a response to Petitioner's Petition for Writ of Habeas Corpus. Petitioner seeks to voluntarily dismiss this matter because he has been transferred out of the Moshannon Valley Processing Center.

DATED: January 26, 2026
Edison, NJ

LEGAL SERVICES OF NEW JERSEY
By: /s/ Rebecca Hufstader
Rebecca Hufstader, Esq.
Legal Services of New Jersey
100 Metroplex Drive, Suite 101
Edison, NJ 08818
(732) 529-8236
rhufstader@lsnj.org

AND NOW, this 28th day of January, 2026,
IT IS SO ORDERED.

_/s/ Stephanie L. Haines_
UNITED STATES DISTRICT JUDGE